**CLARKSON LAW FIRM, P.C.**
Darren T. Kaplan (*pro hac vice*)
260 Madison Ave., 8th Floor
New York, NY 10016
(212) 439-1170
*dkaplan@clarksonlawfirm.com*

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER KWITNY, NICHOLAS SCHIEDER, BRADLEY CALAME, and JOHN MUCCI Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-10182-EKL<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**<br><br>Hon. Eumi K. Lee |

TO THE COURT, ALL PARTIES AND COUNSE OF RECORD:

PLEASE TAKE NOTICE that Darren T. Kaplan, counsel of record of Plaintiffs, Alexander Kwitny, Nicholas Schieder, Bradley Calame, and John Mucci, in the above-captioned matter, is no longer affiliated with the law firm of Kaplan Gore LLP and is now affiliated with the law firm of Clarkson Law Firm P.C. All pleadings and other papers in this action should be served upon Mr. Kaplan at:

Darren T. Kaplan
Clarkson Law Firm, P.C.
260 Madison Ave., 8th Floor
New York, NY 10016
(212) 439-1170
dkaplan@clarksonlawfirm.com

Respectfully submitted,

Dated: August 11, 2026

By: */s/ Darren T. Kaplan*

Darren T. Kaplan (*Admitted pro hac vice*)
**CLARKSON LAW FIRM, P.C.**
260 Madison Ave., 8th Floor
New York, NY 10016
(212) 439-1170
*dkaplan@clarksonlawfirm.com*

*Attorney for Plaintiffs and the Proposed Class*